| ATTORNEY GRIEVANCE COMMISSION | * | IN THE |
| OF MARYLAND | | |
| | * | COURT OF APPEALS |
| v. | * | OF MARYLAND |
| | * | Misc. Docket AG No. 13 |
| JONATHAN ROBERT SCHUMAN | * | September Term, 2021 |

**O R D E R**

Upon consideration of the Joint Petition for Disbarment by Consent of the Attorney Grievance Commission of Maryland and the Respondent, Jonathan Robert Schuman, to disbar the Respondent from the practice of law for violations of Rules 1.15 (safekeeping property) and 8.4(a) and (c) (misconduct) of the Maryland Lawyers' Rules of Professional Conduct, it is this 16th day of August 2021;

**ORDERED**, by the Court of Appeals of Maryland, that the Respondent, Jonathan Robert Schuman, be, and he hereby is, disbarred from the practice of law in the State of Maryland; and it is further

**ORDERED**, that the Clerk of this Court shall strike the name of Jonathan Robert Schuman from the register of attorneys in the Court and certify that fact to the trustees of

the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761(b).

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk

/s/ Robert N. McDonald
Senior Judge